# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Pratt & Whitney | ) ASBCA No. 60159 |
| | ) |
| Under Contract No. FA8611-08-C-2896 | ) |

APPEARANCES FOR THE APPELLANT:    Emily C.C. Poulin, Esq.
                                  Counsel

                                  Karen L. Manos, Esq.
                                  Erin N. Rankin, Esq.
                                    Gibson, Dunn & Crutcher LLP
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
                                    DCMA Chief Trial Attorney
                                  Peter M. Casey, Esq.
                                    Trial Attorney
                                    Defense Contract Management Agency
                                    Boston, MA

## ORDER OF DISMISSAL

The dispute that is the subject of this appeal having been settled, the appeal is hereby dismissed with prejudice.

Dated: June 28, 2018

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60159, Appeal of Pratt & Whitney, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals